|||
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALVANDI, individually and on behalf of other persons similarly situated, | Civil No. 12cv1376 L (BLM) |
| Plaintiffs, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | |
| NIKOO MANUFACTURING, INC., | |
| Defendant. | |

On September 30, 2013, the Court ordered that if plaintiff intended to proceed with this litigation, he was required to file a request for entry of default on or before October 4, 2013. Plaintiff was also warned that failure to timely file such a request will result in dismissal of this action. No request was made.

On October 5, 2013, plaintiff filed a notice of voluntary dismissal without prejudice; however, Federal Rule of Civil Procedure 41(a)(1)(A)(i) does not permit dismissal without a court order if an answer has been filed. In this case, an Answer was filed on July 30, 2012. [doc. #8] Accordingly, plaintiff may not dismiss this action except by a request directed to the court. Plaintiff has not moved for dismissal under Rule 41(a)(2) and his notice of voluntary dismissal is void. Nevertheless, the Court will dismiss this action without prejudice based on plaintiff's failure to timely request default in accordance with the September 30, 2013 Order.

1       Based on the foregoing, **IT IS ORDERED** dismissing this action without prejudice. The
2 Clerk of the Court is directed to close this case.
3       **IT IS SO ORDERED.**
4 DATED: December 3, 2013

                                      M. James Lorenz
                                      United States District Court Judge

7 COPY TO:
8 HON. BARBARA L. MAJOR
  UNITED STATES MAGISTRATE JUDGE
10 ALL PARTIES/COUNSEL